935 A.2d 1272

Victor ZANDERS, Petitioner,

v.

Thomas CORBETT, Attorney Gen. for the Commonwealth of Penna., James T. Wynder, Superintendent at Sci–Dallas, 1000 Follies Road, Dallas, PA 18612, Respondents.

No. 157 EM 2007.

Supreme Court of Pennsylvania.

Nov. 2, 2007.

## ORDER

PER CURIAM.

AND NOW, this 2nd day of November, 2007, the Application for Leave to File Original Process is granted and the Petition Pro Breve D'Habeas Corpus Ad Subjiciendum is denied.

935 A.2d 1272

George RUSSELL, Petitioner,

v.

Thomas CORBETT, Attorney General for the Commonwealth of Penna, James T. Wynder, Superintendent at Sci–Dallas, 1000 Follies Road, Dallas, PA 18612, Respondents.

No. 160 EM 2007.

Supreme Court of Pennsylvania.

Nov. 2, 2007.

## ORDER

PER CURIAM.

AND NOW, this 2nd day of November, 2007, the Application for Leave to File Original Process is granted and the Writ of Habeas Corpus is denied.